**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/6/2020

June 29, 2020

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

The parties' Motion to Stay is GRANTED.  The case is stayed until the Second Circuit rules on the Consolidated Appeal or until October 1, 2020 whichever is sooner. The parties are ordered to attend a status conference on October 6, 2020 at 11:00AM.  The conference will be held telephonically and may be accessed by dialing 888-278-0296 at the scheduled time.  When prompted, enter Access Code 5195844.  The Court will join once all of the parties are on the line. SO ORDERED.

Date:   7/6/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Re:   *Calcano v. Sur La Table, Inc.*,
       Case No.: 1:19-cv-10598-MKV

The undersigned represents Marcos Calcano, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above-referenced action. We write jointly with counsel for Sur La Table, Inc., ("Defendant") to respectfully request a stay in this action pending resolution of the Consolidated Appeal captioned: *Mendez v. AnnTaylor, Inc.*, No. 20-1550 (the "Consolidated Appeal"), currently pending before the Second Circuit.[1] The Parties have conferred and agree that the Court should stay this matter pending the outcome of the Consolidated Appeal to preserve judicial resources.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

cc: all counsel of record VIA ECF

*/s/ Jeffrey M. Gottlieb, Esq.*
Jeffrey M. Gottlieb, Esq.

*Attorney for Plaintiffs*

---

[1] On June 24, 2020, the Second Circuit consolidated several appeals of decisions granting motions to dismiss Braille gift card cases, including the appeal in *Dominguez v. Banana Republic*, No. 20-1559.

1